**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**JOANNA MELENDEZ VAZQUEZ**<br><br>**xxx–xx–7899**<br><br>Debtor(s) | Case No. **20–00175 BKT**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 7/20/20 |

### ORDER GRANTING UNOPPOSED MOTION

This case is before the Court on the following motion: Motion to Request Perfection of Claim Number 9 Filed After Claim Bar Date filed by Empresas Berrios, Inc., docket #30.

The motion having been duly notified, no replies or objections having been filed timely, the Court having reviewed the same and good cause appearing thereof, the motion is hereby granted.
In San Juan, Puerto Rico, this Monday, July 20, 2020 .

Brian K. Tester
United States Bankruptcy Judge